Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Southwest Women Working Together | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>36-2846021 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>6845 S. Western Avenue<br>Chicago, IL           ZIP Code 60636 | Street Address of Joint Debtor (No. and Street, City, and State):       ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                          FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Southwest Women Working Together |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                                  FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Southwest Women Working Together |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

**X** /s/ Ronald R. Peterson
Signature of Attorney for Debtor(s)

Ronald R. Peterson 2188473
Printed Name of Attorney for Debtor(s)

JENNER & BLOCK LLP
Firm Name

330 North Wabash Avenue
Chicago, IL 60611

Address

312-222-9350 Fax: 312-527-0484
Telephone Number

June 29, 2007
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Margaret Gonwa
Signature of Authorized Individual

Margaret Gonwa
Printed Name of Authorized Individual

Vice-President
Title of Authorized Individual

June 29, 2007
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

CELEBRATING **30** YEARS OF BUILDING BETTER LIVES

Founded Oct 1975

*Building Better Lives*

**ervices**

omestic Violence

lousing Subsidies

ob Placement

Homeless Shelter

Counseling

Employment

Support Services

Family Support

Sexual Assault

Organizing/Advocacy

Prevention

Volunteer Opportunities

June 21, 2007

## SOUTHWEST WOMEN WORKING TOGETHER RESOULUTION

The Board of Directors of Southwest Women Working Together authorizes the filing of a petition under Title II of the U. S. Code to declare bankruptcy and to take all actions necessary to process that case for Southwest Women Working Together. The Board also approves Mr. Ron Peterson, attorney at law firm of Jennet & Block, to represent SWWT in the matter.

Approved by SWWT Board of Directors Date: _6/2/07_____

Dale Cain, Board Secretary
Signature _____ Date _21 Jun '07_

6045 South Western Avenue * Chicago, Illinois 60636-3117

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    Southwest Women Working Together                        Case No. _____

                                          Debtor(s)              Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AT & T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | AT & T<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | | | 8,615.31 |
| Bel Caribe Investment Corp.<br>Attn: Kathy Knazze (owner)<br>7110 S. East End Dr.<br>Chicago, IL 60649 | Bel Caribe Investment Corp.<br>Attn: Kathy Knazze (owner)<br>7110 S. East End Dr.<br>Chicago, IL 60649 | | | 45,000.00 |
| Blue Cross Blue Shield<br>Healthcare Service Corporation<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | Blue Cross Blue Shield<br>Healthcare Service Corporation<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | | | 17,423.08 |
| Donzella Brim<br>Owner<br>9200 South Euclid Avenue<br>Chicago, IL 60617 | Donzella Brim<br>Owner<br>9200 South Euclid Avenue<br>Chicago, IL 60617 | | | 7,756.00 |
| Caudle, Yolanda<br>8620 S. Euclid<br>Chicago, IL 60617 | Caudle, Yolanda<br>8620 S. Euclid<br>Chicago, IL 60617 | | | 15,691.45 |
| Childserv<br>8765 W. Higgins Rd.<br>Chicago, IL 60631 | Childserv<br>8765 W. Higgins Rd.<br>Chicago, IL 60631 | | | 19,958.00 |
| City Of Chicago<br>33 N. LaSalle<br>Room 800<br>Chicago, IL 60602 | City Of Chicago<br>33 N. LaSalle<br>Room 800<br>Chicago, IL 60602 | | | 9,978.00 |
| Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | Dell Financial Services<br>P.O. Box 5292<br>Carol Stream, IL 60197-5292 | | | 30,714.33 |
| Katrina Gundlach<br>9550 S. Longwood Dr.<br>Chicago, IL 60643 | Katrina Gundlach<br>9550 S. Longwood Dr.<br>Chicago, IL 60643 | | | 12,859.16 |
| Tanya-Kris Harrison<br>4740 S. Drexel, Coach House<br>Chicago, IL 60615 | Tanya-Kris Harrison<br>4740 S. Drexel, Coach House<br>Chicago, IL 60615 | | | 14,382.55 |

In re   Southwest Women Working Together                                          Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Illinois Dir. Of Employment Security<br>PO Box 803412<br>Chicago, IL 60680 | Illinois Dir. Of Employment Security<br>PO Box 803412<br>Chicago, IL 60680 | | | 17,247.43 |
| Illinois Manufacturing Foundat<br>2101 S. Kedzie<br>Chicago, IL 60623 | Illinois Manufacturing Foundat<br>2101 S. Kedzie<br>Chicago, IL 60623 | | | 10,355.00 |
| Internal Revenue Service<br>PO Box 970007<br>St. Louis, MO 63197-0007 | Internal Revenue Service<br>PO Box 970007<br>St. Louis, MO 63197-0007 | | | 120,535.44 |
| James, Patricia<br>8454 S. Dante<br>Chicago, IL 60619 | James, Patricia<br>8454 S. Dante<br>Chicago, IL 60619 | | | 7,678.35 |
| Jones, Doris<br>10912 S. Bell<br>Chicago, IL 60643 | Jones, Doris<br>10912 S. Bell<br>Chicago, IL 60643 | | | 17,518.40 |
| Key Equipment Finance<br>Payment Processing<br>P.O. Box 203901<br>Houston, TX 77216 | Key Equipment Finance<br>Payment Processing<br>P.O. Box 203901<br>Houston, TX 77216 | | | 14,549.28 |
| La Rabida Childrens Hospital<br>East 65th @ Lake Michigan<br>Chicago, IL 60649 | La Rabida Childrens Hospital<br>East 65th @ Lake Michigan<br>Chicago, IL 60649 | | | 148,200.00 |
| Peoples Energy<br>130 E. Randolph Drive<br>Chicago, IL 60601 | Peoples Energy<br>130 E. Randolph Drive<br>Chicago, IL 60601 | | | 8,999.39 |
| Betty Powell<br>302 W. 150th Pl<br>Harvey, IL 60426 | Betty Powell<br>302 W. 150th Pl<br>Harvey, IL 60426 | | | 13,149.34 |
| Carla Rudolph<br>9541 S. Bishop<br>Chicago, IL 60643 | Carla Rudolph<br>9541 S. Bishop<br>Chicago, IL 60643 | | | 7,987.72 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   June 29, 2007                              Signature   /s/ Margaret Gonwa
                                                              Margaret Gonwa
                                                              Vice-President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

# United States Bankruptcy Court

## Northern District of Illinois, Eastern Division

In re    Southwest Women Working Together                                                    ,    Case No. _____
                                              Debtor

                                                                                               Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

None

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice-President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____June 29, 2007_____          Signature  /s/ Margaret Gonwa_____
                                                                                           Margaret Gonwa
                                                                                           Vice-President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>   0   </u>   continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   Southwest Women Working Together        Case No. _____
                                 Debtor(s)       Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 500

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   June 29, 2007 _____      /s/ Margaret Gonwa _____
                                           Margaret Gonwa/Vice-President
                                         Signer/Title

7114 Claremont, L.L.C.
6348 N. Milwaukee Ave, #212
Chicago, IL 60646

Admiral Lock & Key Service
3029 W. 63rd St.
Chicago, IL 60629

Afro American Action Network
3148 W. 63Rd St.
Chicago, IL 60629

A1 Screenprinting
3512 W. 95Th St.
Evergreen Park, IL 60805

ADP
PO Box 78415
Phoenix, Az 85062

Denise Armstrong
6349 S. Kedzie
Chicago, IL 60629

AAA Rental
3020 W. 167th St
Markham, IL 60428

Advance Glass Service, Ltd
5112 W. Irving Park Rd
Chicago, IL 60641

Arrow Messenger Service
1322 W. Walton St
Chicago, IL 60622

AATP
P.O. Box 9138
Springfield, IL 62791

Advantage Payroll Services
4300 Weaver Parkway
Warrenville, IL 60555

AT & T
P.O. Box 8100
Aurora, IL 60507-8100

AAUW Educational Foundation
P.O. Box 4030
Iowa City, IA 52243-4030

Akouo
Stergios Roussos
2054 Pinehurst Ct.
Merced, CA 95340

AT & T
P.O. Box 277019
Atlanta, GA 30384-7019

Floyd Abron
7750 S. Carpenter
Chicago, IL 60620

All Properties Real Estate, Inc
8222 S. King Dr
Suite D
Chicago, IL 60619

AT & T Capital Services, Inc.
13160 Collections Ctr Drive
Chicago, IL 60693

ACS Support
Stop 813G
P.O. Box 145566
Cincinnati, OH 45250-5566

Americash Loans Llc
1513 E. 53Rd St.
Chicago, IL 60615

AT & T Long Distance
P.O. Box 830019
Baltimore, MD 21283

ACS, Inc.
105 West Adams
Suite 2025
Chicago, IL 60603

Ameritech Credit Corporation
2000 W. Ameritech Ctr. Dr.
Hoffman Estates, IL 60196

Dorothy Austin
6112 S. Langley, 2Nd Fl
Chicago, IL 60637

Actions Without Borders
Idealist.Org
360 West 31st St., Ste. 1510
New York, NY 10001

Willie Mae Anderson
8132 S. Cornell
Chicago, IL 60617

Avaya
P.O. Box 5125
Carol Stream, IL 60197-5125

Stephanie Adams
12917 S. Sangamon St.
Chicago, IL 60643

Anixter Center Training Inst.
1471 Business Center
Mt Prospect, IL 60056

Tenara Averett
940 W. 50Th St.
Chicago, IL 60609

Katie Baker
3022 N. Racine #3
Chicago, IL 60657

Kиана Blackwell
22499 Carolina Dr.
Sauk Village, IL 60411

Brandy Branden
10912 S. Sangamon
Chicago, IL 60643

Battered Women's Network
220 South State Street
Suite 2108
Chicago, IL 60604

Blue Cross Blue Shield
Healthcare Service Corporation
P.O. Box 1186
Chicago, IL 60690-1186

Adrian Braziel
7642 S. Carpenter
Chicago, IL 60620

Beacon Printers
7859 Cronin Ave.
Justice, IL 60458

Blue Island Park District
12804 S. Highland
Blue Island, IL 60406

Bylynda N. Bridges
8223 S. Muskegon
Chicago, IL 60620

Alfred Beard
Owner
7042 S. Prairie Ave.
Chicago, IL 60637

Dr. Joyce Bowen
4800 S. Chicago Beach Dr.
#710 S
Chicago, IL 60615

Melvin Bridges, Jr.
8223 S. Muskegon
Chicago, IL 60617

Beautiful Finishers, Inc.
P.O. Box 806
Bensenville, IL 60160

Michael Bowens
375 Sherry Lane
Chicago Heights, IL 60426

Donzella Brim
Owner
9200 South Euclid Avenue
Chicago, IL 60617

Bedford Park-Clearing Associates
6535 S. Central
Bedford Park, IL 60638

Bowman, Heintz, Boscia & Vicia
8605 Broadway
Merrillville, IN 46410-7033

Veda Britt
The Britt Group Llc
P.O. Box 6112
Chicago, IL 60680

Bel Caribe Investment Corp.
Attn: Kathy Knazze (owner)
7110 S. East End Dr.
Chicago, IL 60649

Rhonda Boyd-Hawkins
423 W. 102Nd St.
Chicago, IL 60628

Alicia Brown
Owner
7636 S. Langley, #1
Chicago, IL 60619

Best Buy
PO Box 5229
Carol Stream, IL 60197

Clarence Boykins
P.O. Box 494
Monee, IL 60449

Bud's Flowers
4011 W. 63rd Street
Chicago, Il 60629

Best Refrigeration
6525 N. Hoyne
Chicago, IL 60645

BPCIA
6535 S. Central Ave.
Bedford Park, IL 60638

Bureau Of Streets
2350 West Ogden Ave.
Suite 200
Chicago, IL 60608

Best Software, Inc.
P.O.Box 849887
Dallas, TX 75284

Tyler Brackenridge
11740 S. Lowe Ave.
Chicago, IL 60628

Wendy Burgess
336 N. Austin Blvd.
Oak Park, IL 60302

C & W Books
7500 S. Pulaski Rd
Chicago, IL 60652

CDPH
ATTN: Shirley Nash
333 S. State St.
Chicago, IL 60604

Chicago Foundation For Women
230 West Superior
3rd Floor
Chicago, IL 60610

C3 Conferencing, Inc.
P.O. Box 10992
Birmingham, AL 35202

CEDLP
188 W. Randolph
Suite 2103
Chicago, IL 60601

Chicago Jobs Council
29 East Madison Street
Suite 1700
Chicago, IL 60629

Calvin Rodgers
12424 S. Union
Chicago, IL 60628

Center On Halsted
2855 N. Lincoln Ave
Chicago, IL 60657

Chicago Park District
541 N. Fairbanks Ct
Chicago, IL 60611

Shirley Campbell
8130 S. Cornell
Chicago, IL 60617

Century 21
ATTN: Kevin Lynch
5620 W. 95th St.
Oak Lawn, IL 60453-2343

Chicago Reader
11 East Illinois St.
Chicago, IL 60611

Can-TV
322 S. Green St
Chicago, IL 60607

Charlene Fay Fleming
6548 South Sangamon Street
Chicago, IL 60621

Chicago Sun-Times
401 North Wabash Ave
Chicago, IL 60611

Carl Boyd & Assocs.
ATTN: Carl Boyd
11528 S. Halsted St.
Chicago, IL 60628-5218

Chicago Alliance to End Homelessness
ATTN: Nancy Radner
205 W. Wacker Dr.
Chicago, IL 60606

Chicago Transit Authority
350 N. Wells
Chicago, IL 60654

Willie E. Carter
Owner
P.O. Box 926
Robbins, IL 60472

Chicago Backflow, Inc.
12607 S. Laramie
Alsip, IL 60803

Chicago Transitional Services, Inc
P.O. Box 9358
Chicago, IL 60609

Caudle, Charonda
8620 S. Euclid
Chicago, IL 60617

Chicago Council Of Urban Affairs
151 E. Wacker
Chicago, IL 60603

Chicago Tribune
P.O. Box 6315
Chicago, IL 60680-6315

Caudle, Yolanda
8620 S. Euclid
Chicago, IL 60617

Chicago Dept. Of Revenue
121 North LaSalle Street
Room 107
Chicago, IL 60602

Chicago Women In Philanthropy
330 South Wells
Suite 1110
Chicago, IL 60606

CDHS
ATTN: Eileen Donnenberger
1615 W. Chicago Ave.
Chicago, IL 60622-5127

Chicago Dept. On Aging
30 N. Lasalle St.
Suite 2320
Chicago, IL 60602

Children's Home & Aid Society
1279 N. Milwaukee Ave
Suite 405
Chicago, IL 60622

Childserv
8765 W. Higgins Rd.
Chicago, IL 60631

City Of Chicago
Dept. Of Finance/Subpoena Div.
33 N. Lasalle, Rm. 800
Chicago, IL 60602

David Cole
8210 S. Eberhart
Chicago, IL 60619

Chris. Com. Health Ctr. (Roseland)
ATTN:  Virgil Tolbert
9718 S. Halsted St.
Chicago, IL 60628-1007

City Of Chicago - Dept. Of Water
333 S. State St.
Ste. LL10
Chicago, IL 60604

Comcast Cable
P.O. Box 3002
Southeastern, PA 19398-3002

Chronicle Of Philantrophy
P.O. Box 1989
Marion, OH 43305-1955

Terri Clair
8010 S. Marshfield
1st Floor
Chicago, IL 60652

Commonwealth Edison
Bill Payment Ctr
Chicago, IL 60668

Cingular Wireless
P.O. Box 6428
Carol Stream, IL 60197-6428

Clark, Catherine
40 W. 114th Pl
Chicago, IL 60628

Commonwealth Edison Company
P.O. Box 87522
Chicago, IL 60680

Cintas Corporation
P.O. Box 97627
Chicago, IL 60678-7627

Cleveland Clark
2458 W. 71St St.
Chicago, IL 60636

Communications Briefings
1101 King Street
Suite 110
Alexandria, VA 22314

Citicorp Vendor Finance
P.O. Box 7247-0118
Philadelphia, PA 19170-0118

Clear Channel
233 N. Michigan Ave.
Chicago, IL 60601

Kandias Conda
3400 W. 111Th St #142
Chicago, IL 60655

City Clerk
121 N. LaSalle St.
Chicago, IL 60602

Clerk Of The Circuit Court
118 N Clark Ste 434
Chicago, IL 60602

Constant Contact
1601 Trapelo Rd.
Suite 246
Waltham, MA 02451

City Of Chgo - Dept. Of Water
333 S. State St.
Suite Ll10
Chicago, IL 60604-3979

Clue Menterprises
19717 S. Oakwood Ave.
Lynwood, IL 60411

Cook County Vital Statistics
Attn: David Orr
P.O. Box 642570
Chicago, IL 60664-2570

City Of Chicago
33 N. LaSalle
Room 800
Chicago, IL 60602

Cntr Of Higher Developmnt, Inc
23 East 61St Street
Chicago, IL 60637

Coppage, Donna
9947 S. Princeton
Chicago, IL 60628

City Of Chicago
510 N. Peshtigo Court
Room 5A
Chicago, IL 60611

Pamella Coffey
1157 E. 101St St.
Chicago, IL 60628

Corporate Alliance
To End Partner Violence
2416 E. Washington St., Ste E
Bloomington, IL 61704-4472

Corporation For
Supportive Housing
20 E. Jackson, Ste. 1500
Chicago, IL 60604

Lillian R. Davis
3229 W. 85th Pl
Chicago, IL 60652

Depaul University
25 E. Jackson,
Suite 1600
Chicago, IL 60604

Council On Accreditation
120 Wall Street
New York, NY 10005

Deer Rehabilitation Institute
333 West Arthington
Chicago, IL 60624

Dept 57
Dell Account
P.O. Box 9020
Des Moines, IA 50368-9020

Crain's Chicago Business
Dept. 77940
Detroit, MI 48277-0946

Dell
PO Box 9020
Des Moines, IA 50368

Desmond & Ahern, Ltd.
ATTN: Hugh Ahern
10827 South Western Ave.
Chicago, IL 60643

Crowne Plaza Hotel
3000 S. Dirksen Parkway
Springfield, IL 62703

Dell Catalog Sales, Lp
C/O Dell Usa Lp
P.O. Box 676032
Dallas, TX 75267-6032

Jimmy Dickerson
Owner
6357 S. Drexel
Chicago, IL 60637

Jennifer Curley
4913 N. Glenwood, #2B
Chicago, IL 60640

Dell Credit Plan
P.O. Box 9020
Des Moines, IA 50368

Digby Detective And Security A
2630 S. Wabash
Chicago, IL 60616

Sharnell Curtis-Martin
9140 S. Kedvale Ave.
Oak Lawn, IL 60453

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292

Jatawn Dixon
14637 Edbrooke
Dolton, IL 60419

D'Caridi & Associates
5429 W. 84th St
Burbank, IL 60459

Dell Financial Services
12234 N. IH-35, Bldg. B
Austin, TX 78753

Dodge Of Midlothian
14500 S. Cicero
Midlothian, IL 60445

D.Caridi And Associates
5429 West 84Th Street
Burbank, IL 60459

Deluxe Business Checks
And Solutions
P.O. Box 742572
Cincinnati, OH 45274-2572

Pamela Dominguez
6754 South Green Street
Chicago, IL 60621

Demetrius Daniels
712 May St.
Calumet City, IL 60409

Tonia Denham
2441 W. Marquette
Chicago, IL 60629

Donor Perfect
132 Welsh Rd., Ste 140
Horsham, PA 19044

Darrell Sharp
8030 S. Honore
Chicago, IL 60620

Department Of Commerce
& Economic Opportunity Cash Unit
620 East Adams
Springfield, IL 62701

Donors Forum
208 South Lasalle Street
Suite 735
Chicago, IL 60604-1006

Downing, Kimberly
6543 S. Rockwell
Chicago, IL 60629

Griselda Espinoza
4040 W. Davis
Skokie, IL 60076

Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277

William D. Dozier
Owner
P.O. Box 606
New Lenox, IL 60451

Euclid Managers
234 Springlake Dr
Itasca, IL 60143

Rita K. Fields
2329 W. 119Th Place
Blue Island, IL 60406

Aaron Drummond
3063 Nottingham
Markham, IL 60426

Anthony Evans
12245 S. Spencer
Alsip, IL 60803

Fifth Third Bank
1 S. Dearborn St
Chicago, IL 60603

Brenda Durr
18623 Laramie Lane
Country Club Hills, IL 60478

Charles Evans
645 N. Lotus
Chicago, IL 60644

Fine Living Associates, Group
P.O. Box 5776
Chicago, IL 60680

Economy Glass Co.
8576 86 So. Chicago Avenue
Chicago, IL 60617

EW Cleaning Service
14816 Seeley
Harvey, IL 60426

First Advantage Background Svc
P.O. Box 550130
Tampa, FL 33655-0130

Dorothy Edwards
6505 S. Bell
Chicago, IL 60636

Family Focus
310 S. Peoria St.
Suite 301
Chicago, IL 60607

Susan B. Floral
4700 W. 147th St.
Midloothian, IL 60445

Emcor Services
2160 N. Ashland
Chicago, IL 60614

Fanfares Catering, Inc.
742 East 95Th Street
Chicago, IL 60619

Aretha Franklin
C/O William Morris Agency
One William Morris Place
Beverly Hills, CA 90212

Emergency Fund
ATTN:  Brian McManaman
208 S. LaSalle St.
Chicago, IL 60604

Federal Companies
P.O. Box 1329
Peoria, IL 61654

Reginald Frazier
P.O. Box Pmb 185
16718 S. Torrence
Lansing, IL 60438

ERS Board Up Inc
4910 W. Grand Ave
Chicago, IL 60639

Federal Express
P.O. Box 94515
Palatine, IL 60094

Frederick Sims Property
1448 E. 52nd St
Box 304
Chicago, IL 60615

Victor Escobar
Owner
7453 N. Keystone Ave.
Skokie, IL 60076

Dinah Felton
7042 S. Prarie, 1St Fl
Chicago, IL 60637

Frontera Realty
950 W. Monroe, Unit 905
Chicago, IL 60607

Frontier Realty Group, Inc
1624 E. 74th St
Chicago, IL 60649

Guardian
P.O. Box 93101
Chicago, IL 60694-5101

Roslynn Hogan
Owner
1753 North New England
Chicago, IL 60707

Amber Fullilove
833 S. 12Th Ave.
Maywood, IL 60153

Katrina Gundlach
9550 S. Longwood Dr.
Chicago, IL 60643

April Holman
7400 S. Artesian, #1
Chicago, IL 60629

Gateway Locksmith Inc
Golden Crest Corporate Center
2277 Route 33 East, Suite 407
Hamilton, NJ 08690

Andrea Hampton
578 Douglas Ave.
Calumet City, IL 60409

Holman, Denise
11821 S. Indiana
Chicago, IL 60628

Global Financial Services
P.O. Box 856460
Louisville, KY 40285

Harold Washington College
Business Services Department
30 East Lake Street
Chicago, IL 60601

Home Depot
P.O. Box 9121
Des Moines, IA 50368

Grainger
Dep. 829709781
Palatine, IL 60038

Tanya-Kris Harrison
4740 S. Drexel, Coach House
Chicago, IL 60615

Homestead Remodeling & Design
5600 S. King Dr
Chicago, IL 60637

Joyce Grangent
608 W. 95th St
Chicago, IL 60628

Tanya-Kris Harrison
5407 S. Damen
Chicago, IL 60609

Lori Horgan
25317 Maxwell
Manhattan, IL 60442

Greater Food Depository
4100 W. Ann Lurie Pl
Chicago, IL 60632

Hope Hickman
1524 W. Monroe St.
Chicago, IL 60607-2408

Delia Houghton-Williams
Owner
8036 S. Francisco
Chicago, IL 60652

Greater Roseland/West Pullman
Food Pantry Network
11355 S. Halsted
Chicago, IL 60628

Joan Hillmcclain
33 North Lasalle
Suite 3300
Chicago, IL 60602

Howard A. Feinstein & Associates
1000 Skokie Blvd.
Suite 450
Wilmette, IL 60091

Tanya Green
6335 S. Elizabeth
Chicago, IL 60636

Hinckley Springs
P.O. Box 660579
Dallas, Tx 75266

Antonio Howard
7935 South Homan Avenue
Chicago, IL 60652

Alan Greer
Owner
5300 Stanford Lane
Matteson, IL 60443

Tanya Hobson
23 E. 61st St.
Chicago, IL 60637

Novia Hoyt
Owner
3509 W. Jackson Blvd.
Chicago, IL 60624

HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219

Illinois Dept. Of Financial & Financial
And Division Of Professional Regulatio
P.O. Box 7086
Springfield, IL 62791

Internal Revenue Service
Mail Stop 5010CH
230 S. Dearborn Street
Chicago, IL 60604

HUD
ATTN:  Courtney Miner
77 W. Jackson Blvd.
Chicago, IL 60604

Illinois Dir. Of Employment Security
PO Box 803412
Chicago, IL 60680

Patrice Ireland
7944 S. Paulina, #2B
Chicago, IL 60620

IBS Inc.
158 Brandon Dr.
Unit 1A
Glendale Heights, IL 60139

Illinois Facility Fund
One North LaSalle
Suite 700
Chicago, IL 60602

Isbe-Ged
P.O. Box 408370
Chicago, IL 60640-8370

ICDVP
P.O. Box 429
La Grange, IL 60625

Illinois Manufacturing Foundat
2101 S. Kedzie
Chicago, IL 60623

It Resource Center
29 East Madison
Suite 1500
Chicago, IL 60602

IDHS
ATTN:  Dr. Carol Adams
401 S. Clinton Ave.
Chicago, IL 60607-3800

Illinois Mental Health
Counselors Association
P.O. Box 706
Dekalb, IL 60115

Gloria Ivory
1941 E. 97Th St.
Chicago, IL 60617

IL CTC
210 E. Green St.
Champaign, IL 61820

Illinois Secretary Of State
17 N. State
Chicago, IL 60602

IWD Development Corp
1730 W. Carroll St.
Chicago, IL 60612

Ill State Board Of Education
100 N. First Street
Springfield, IL 62777

Image Systems
& Business Solutions, LLC
1090 National Parkway
Schaumburg, IL 60173-4572

J. L. Harris Bus Co.
P.O. Box 369119
Chicago, IL 60636

Illinois Attorney General
ATTN:  Meisha Lyons
100 W. Randolph ST.
Chicago, IL 60601

Indiana Dept. Of Revenue
P.O. Box 1028
Indianapolis, IN 46206

Jack Martin & Associates
9422 S. Saginaw
Grand Blanc, MI 48439

Illinois Department Of Revenue
PO Box 19447
Springfield, IL 62794

Innocent Obi
P.O. Box 490122
Chicago, IL 60649

Rhonda Jackson
14725 Princeton
Dolton, IL 60419

Illinois Department Of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
PO Box 970007
St. Louis, MO 63197-0007

James, Patricia
8454 S. Dante
Chicago, IL 60619

Jefferson Pilot Financial
P.O. Box 0821
Carol Stream, IL 60132-0821

Jewel Jones
5429 S. Marshfield
Chicago, IL 60609

La Rabida Children Hospital
East 65th @ Lake Michigan
Chicago, IL 60649

Jeffrey Allen Management
212 W. Superior
Suite 300
Chicago, IL 60610

Joy Productions
1583 Cornell Place
Hoffman Estates, IL 60194

Lawn Lanes
6750 S. Pulaski
Chicago, IL 60629

Jewel Food Store
1955 W. North Ave.
Melrose Park, IL 60160-1181

Joyce Grangent, Owner
608 West 95Th Street
Chicago, IL 60628

Libby Lee
15955 S. Avalon Ave
South Holland, IL 60473

Jist Publishing
P.O. Box 6069
Indianapolis, IN 46206-6069

JRS Management, Inc
2015 E. 67th St.
Chicago, IL 60649

Lenore's Kitchen Catering
2447 West 69Th Street
Chicago, IL 60629

John'S Dairy Product Inc
6115 South Prairie Ave.
Chicago, IL 60637

Barbara Keaton
2022 W. 111Th St.
Unit 3W
Chicago, IL 60643

Rasheeda Ali Lester
3412 West Adams St.
Chicago, IL 60624

Cathryn Johnson
778 E. 157th Pl
South Holland, IL 60473

Kennedy-King College
6800 S. Wentworth
Chicago, IL 60621

Arzetta Libbett
7205 S. Yale, #2
Chicago, IL 60636

Kimberly Johnson
14841 St Louis
Midlothian, IL 60445

Key Equipment Finance
Payment Processing
P.O. Box 203901
Houston, TX 77216

Life Services Network Trust
6650 Reliable Parkway
Chicago, IL 60686

Lorita Johnson
315 Warren
Calumet City, IL 60409

Kinko's
29 S. LaSalle St.
Chicago, IL 60603

Lillybridge Management
P.O. Box 57
Olympia Fields, IL 60461

Lorita Johnson
14538 Cottage Grove, #5
Dolton, IL 60419

Knight, Jesse
8228 S. Elizabeth
Chicago, IL 60620

Robert Litzenberg
Owner
6348 N. Milwaukee Ave., #212
Chicago, IL 60646

Jones, Doris
10912 S. Bell
Chicago, IL 60643

L & P Wholesale Candy Co Inc
7047 S. State St.
Chicago, IL 60637

Living Breast Inc
6620 N. Glenwood Ave.
Chicago, IL 60626

Vermell Looper
9116 S. Buffalo
Chicago, IL 60620

Ellen Mason, Sr.
Owner
6925 S. Artesian
Chicago, IL 60629

Medmetrix Group, Inc.
1100 Republic Building
25 W. Prospect Ave.
Cleveland, OH 44133

Lumity Financial Services
29 E. Madison
Suite 1005
Chicago, IL 60602

Carl Mayes
Owner
6412 S. Francisco Ave., #2
Chicago, IL 60629

Melange Investment Group
P. O. Box 3681
Oak Park, IL 60303

Lush Wine & Spirits
1306 S. Halsted
Chicago, IL 60607

Ruth Mayfield
7309 S. Greenwood
Chicago, IL 60636

Menards
4777 Menard Dr
Eau Claire, WI 54703

Lutheran Church Of
The Holy Spirit
1335 West 115th Street
Chicago, IL 60643

Cassandra Mccain
16530 Kenwood Avenue
South Holland, IL 60473

Midwest Promotional Group
5900 Archer Rd.
Summit, IL 60501

Paul Kevin Malzone
Owner
5757 S. Kenneth
Chicago, IL 60629

Mccarthy Burgess & Wolfe
26000 Cannon Rd
Cleveland, OH 44146

Midwest Theological Institute
1211 S. Western Ave.
Cgicago, IL 60608

Marvelle Manga
1122 W. 104Th St.
Chicago, IL 60643

Mccaskill Financial
3013 201st Pl
Lynwood, IL 60411

Ethel Miller
Owner
P.O. Box 29308
Chicago, IL 60629

Marquette Bank
6316 S. Western Ave.
Chicago, IL 60636

Kelvin Mccollum
Owner
3261 W. Warren
Chicago, IL 60612

Josette Miller
6903 S. Paulina
Chicago, IL 60636

Marquette Bank
Attn: Mark Gasik
10000 West 151St Street
Orland Park, Il 60462

Kevin Mccollum
3261 W. Warren
Chicago, IL 60612

Monitor Formal Wear
1422 W. Wilson
Chicago, IL 60640

Marty J. Schwartz & Associates
70 W. Madison
Suite 3700
Chicago, IL 60602

Linda Mccollum
Owner
3923 Madison St
Bellwood, IL 60104

Cheryl Moore
16223 S. Richmond
Markham, IL 60426

Mary Cal Development
P.O. Box 2381
Orland Park, IL 60462

Mcgrue, Paulette
10827 S. Normal Ave
Chicago, IL 60628

Morgan Locksmith
1825 W. 103rd St
Chicago, IL 60643

Morrison Construction Company
1834 Summer St
Hammond, IN 46320

Nationwide Insurance Company
One Nationwide Plaza
Columbus, OH 43215

Omnipotent Health Ministries
8 South Michigan Avenue
Chicago, IL 60603

Angela Morrison
6723 S. Paxton, #3E
Chicago, IL 60649

NCADV
P.O. Box 18749
Denver, CO 80218

Otis Elevator Company
P.O. Box 73579
Chicago, IL 60673

Mount Sinai Hosp. Medical Center
California Ave. At 15Th St.
Chicago, IL 60608

Sharon Nelms
54 Candlelight Dr.
Sauk Village, IL 60411

Patrick Owens
6954 S. Princeton
Chicago, IL 60621

MOWD
ATTN: Carol Kennedy
1615 W. Chicago Ave.
Chicago, IL 60622

New Glory Enterprise, Inc
17110-12 South Park Ave
South Holland, IL 60473

Antoneta Palik
Owner
7619 S. Lawler
Burbank, IL 60459

MPG Global Real Estate
12558 S. Western
Blue Island, IL 60406

Nonprofit Risk Services
14504 John Humphrey Drive
Orland Park, IL 60462

Pakorn Panajchariya
Genius Real Estate
19W207 Milbrook Dr.
Downers Grove, IL 60516

Jacqueline Muhammad
8218 S. Throop
Chicago, IL 60620

Oak Lawn Park District
4625 West 110Th Street
Oak Lawn, IL 60453

Partnership To End Homelessnes
205 W. Wacker
Chicago, IL 60606

Michael Muhammad
7704 S. May
Chicago, IL 60620

Beutonna V. Oates
Owner
P.O. Box 805751
Chicago, IL 60680

Partnership To End Homelessness
1658 N Milwaukee
Chicago, IL 60647

Nazeeh A. Muhammad
Owner
7040 S. Fairfield
Chicago, IL 60629

Old Shore, LLC
C/O Starr & Rowells
35 E. Wacker, Suite 1870
Chicago, IL 60601

Jay Patel
2735 W. North Ave.
Chicago, IL 60647

Muhammand, Jaqueline
8218 S. Troop
Chicago, IL 60620

Olive Harvey College
10001 S. Woodlawn
Chicago, IL 60628

Peoples Energy
130 E. Randolph Drive
Chicago, IL 60601

National Safety Council
1121 Spring Lake Drive
Itasca, IL 60143-3201

Olympic Maintenance
3025 Soffel
Melrose Park, IL 60160

Peoples Gas
130 E. Randolph Drive
Chicago, IL 60601

Manuel Perez
Owner
3230 W. 65Th St. 1St Floor
Chicago, IL 60629

Perry Management Group
5600 South King Drive
Chicago, IL 60637

Sheila Perry
15744 South Drexel
Dolton, IL 60419

Gwendolyn Pettis
1001 N. Harlem Ave.
Oak Park, IL 60302

Peyton Investigations PC
P.O. Box 439008
Chicago, IL 60643

Philadelphia Ins. Companies
P.O. Box 70251
Philadelphia, PA 19176

Telena Pickens
12424 S. Union Ave
Chicago, Il 60628

Pitney Bowes
1 lmcroft Rd.
Stamford, CT 06926-0700

Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-5390

Pitney Bowes Credit Corp.
P.O. Box 856460
Louisville, KY 40285

Pitney Bowes Purchase Power
P.O. Box 856390
Louisville, KY 40285

Pitney Bowes Purchase Power
P.O. Box 856042
Louisville, KY 40285-5042

Pitney Bowes Reserve Account
P.O. Box 856390
Louisville, KY 40285

Pitney Bowes Reserve Account
P.O. Box 856056
Louisville, KY 40285-6056

Plato Learning Inc.
10801 Nesbitt Ave. South
Bloomington, MN 55437

Plaza True Value Hardware, Inc
11813 S. Michigan Ave.
Chicago, IL 60628

Plimus, Inc.
3860 Valley Center Dr.
Suite 705
San Diego, CA 92130

Edward Popkiewicz
Owner
5319 W. Henderson
Chicago, IL 60641

Lorna Porter
491 Foxborough Trail
Bolingbrook, IL 60440

Djuna Posey
16621 S. Turner
Markham, IL 60428

Betty Powell
302 W. 150th Pl
Harvey, IL 60426

Practitioners Publishing Company
Subscription Department
P.O. Box 71687
Chicago, Il 60694

Pre-Paid Legal Services, Inc.
P.O. Box 2629
Ada, OK 74820

Premier Real Estate
Todd Mccrainey
7949 South Evans
Chicago, IL 60619

Pretzel & Stouffer
ATTN: Brendan Nelligan
One S. Wacker Dr.
Chicago, IL 60606

Prinicipal Financial Group
Dept. 900
P.O. Box 14416
Des Moines, IA 50306-3416

Print Services
107 E. Partridge
P.O. Box 148
Metamora, IL 61548

Prism Corp.
6130 South Pulaski Road
Chicago, IL 60629

Providence M.B. Church
8401 S. Ashland Ave.
Chicago, IL 60620

Bridgette Pryor
11703 S. Harvard
Chicago, IL 60628

Iqbal Qamruddin
Owner
1576 Woodland Lane
Bolingbrook, IL 60490

Shanta Readu
274 Clyde Ave.
Calumet City, IL 60409

Rouse, Phoebe
8431 S. Dante
Chicago, IL 60619

Quill Corporation
P.O. Box 94081
Palatine, IL 60094-4081

Regal Dean Real Estate
8338 S. Knostner Ave
Chicago, IL 60652

Rouse, Phoebe
8346 S. Kenwood
Chicago, IL 60619

Quinlan Security Systems
8940 W. 192nd St.
Suite J
Mokena, IL 60448

Rehabilitation Institute
Of Chicago
345 East Superior St.
Chicago, IL 60611

Royal Business Systems
3709 W. 63 Street
Chicago, IL 60629

David A. Quintin
113 Tamarack Drive
Bolingbrook, IL 60440

Tim Reid
1032 Ripple Ridge
Darien, IL 60561

Carla Rudolph
9541 S. Bishop
Chicago, IL 60643

R.H. Donnelley
8519 Innovation Way
Chicago, IL 60682

Reliable Fire Eqpt. Co.
12845 S. Cicero
Alsip, IL 60803-3083

Russel, Sharon
8456 S. Hoyne
Chicago, IL 60620

Randolph's Electrical Co
8210 S. Ashland
Chicago, IL 60620

Sonya Rice
4173 W. 193Rd Crt
Country Club Hills, IL 60478

Latrelle Russell
948 E. 81st St.
Unit #2
Chicago, IL 60649

Rapidforms Inc.
Attn: Accounts Receivable
301 Grove Road
Thorofare, NJ 08086-2214

Aury Riivera
6925 S. Artesian Ave
Chicago, IL 60629

Sharon Russell
8456 S. Hoyne
Chicago, IL 60620

Stanley Ratliff
Owner
P.O. Box 198424
Chicago, IL 60619-8424

Rockhurst University
P.O. Box 419107
Kansas City, MO 64141-6107

S. Stein LLC
1030 West North Ave.
Chicago, IL 60622

Ray, Danyele
8226 S. Hermitage
Chicago, IL 60620

Vicki Ross
8436 S. St. Lawerence
Chicago, IL 60619

Sage Software Inc
Customer Care Department
P.O. Box 849887
Dallas, TX 75284

Shante' Readus
11 167Th Place
Calumet City, IL 60409

Roto-Rooter Plumbing Service
5672 Collections Center Drive
Chicago, IL 60693

Salem Baptist Church
Youth Department
11800 S. Indiana
Chicago, IL 60628

Sam's Club
9400 S. Western Ave
Evergreen Pk, IL 60805

Sheriff of Cook County
69 W. Washington
Chicago, IL 60602

South Shore Cultural Center
7059 South Shore Drive
Chicago, IL 60649

Sam's Wine & Spirits
1720 N. Marcey St.
Chicago, IL 60614

Brenda Sheriff
7600 S. Merill Ave
Chicago, IL 60649

South Suburban College
15800 S. State Street
South Holland, IL 60473

Shirley Savage
Owner
9014 S. Claremont
Chicago, IL 60620

ShoreBank
Nonprofit Service Center
333 S. State St., Lobby Level
Chicago, IL 60604

Southwest Airlines
5700 S. Cicero
Chicago, IL 60638

SBC Global Services, Inc.
PO Box 8102
Aurora, IL 60507

ShoreBank
Attn: Melvonne Brooks
7936 S. Cottage Grove
Chicago, IL 60619

Anthony Speller
1319 E. 52Nd St.
Chicago, IL 60615

SBC Long Distance
P.O. Box 660688
Dallas, TX 75266-0688

Simon & King Management, Inc
6348 N. Milwaukee
Suite 212
Chicago, IL 60646

Scheryl Spiller
4985 Arquilla Dr
Richton Park, IL 60471

Jessie & Arthur Scales
Owners
7332 S. Union Ave.
Chicago, IL 60621

Six Flags Great America
542 North Rt. 21
Gurnee, IL 60031

Spita, Inc
5306 N. Wastenaw
Chicago, IL 60625

Scott, Doris
7340 S. Damen
Chicago, IL 60636

Desmond Smith
9229 S Claremont Ave
Chicago, IL 60620

Spoken Word Cafe
4655 S. Martin Luther King Dr.
Chicago, IL 60615

Vanessa Seamster
5723 S. Indiana
Chicago, IL 60637

Diane Smith
11645 S. Pulaski Rd.
Alsip, IL 60803

Veronica Springfield
405 Crandon Avenue
Calumet City, IL 60409

Sears
3333 Beverley Rd.
Hoffman Estates, IL 60179

Softerware, Inc.
540 Pennsylvania
Fort Washington, PA 19034

Sprint
P.O. Box 541023
Los Angeles, CA 90054-1024

Wendy Sharp
8030 S. Honore
Chicago, IL 60620

South Holland Dodge
113 W. 159Th St.
South Holland, IL 60473

St. James Ministries
P.O. Box 219
Maywood, IL 60153

Stanley Steemer
2423 W. Hubbard St.
Chicago, IL 60612

Sutton, Winnie Mae
8739 S. Carpenter
Chicago, IL 60620

The Spoken Word Corporation
4655 S. King Dr.
Chicago, IL 60653

Staples Credit Plan
Dept. 51 - 7819650473
P.O. Box 689020
Des Moines, IA 50368-9020

Sysco Food Services
P.O. Box 5037
Des Plaines, IL 60017-5037

Karla Thomas
5262 West 102Nd Street
Oaklawn, IL 60453

State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197-5400

Taq Properties, Llc
10216 S. Pulaski Rd.
Suite 106
Oak Lawn, IL 60453

Thompson Learning
P.O. Box 6904
Florence, KY 41022-6904

Anika Sterling
8548 Aberdeen
Chicago, IL 60620

Kenneth Tarr
Owner
18601 Neal Circle
Country Club Hills, IL 60478

Cynthia Thurman
3324 165th St
Hammond, IN 46323

Stevenson, Inc,
Box 4528
Sioux City, IA 51104

Barbara Taylor
7737 S. Essex
Chicago, IL 60649

Tobacco Road
4645 S. King Dr
Chicago, IL 60653

Stevenson, Renee
348 E. 77th St
Chicago, IL 60619

Team Briefings
1101 King Street
Suite 110
Amexandria, VA 22314

Alphonso Townsend
10656 S. Oakley
Chicago, IL 60643

Lashalomonic Sturdivant
Owner
5755 S. Ada
Chicago, IL 60636

Terminix
655 N. Grand
Elmhurst, IL 60126

Christopher Trailor
Owner
1901 East 93rd Street
Chicago, IL 60617

Subway
7100 S.Western Ave.
Chicago, IL 60636

Terry Watt Communications
19911 Catherine Lane
Mokena, IL 60448

Shirley Troope
5633 S. Marshfield
Chicago, IL 60636

Sud, Payal
4716 N. Washtenaw
Chicago, IL 60625

That'S Great News
P.O. Box 877
Cheshire, CT 06410

Jean-Pierre Tulumbuta
Owner
1204 Alexander Pl
Streamwood, IL 60107

Susan Johnson Design
310 West Cook Avenue
Libertyville, IL 60048

The Battered Women'S Network
220 S. State St.
Suite 1208
Chicago, IL 60604

Dellisa Turner
3023 W. Fulton
Chicago, IL 60612

Tylka Printing
4917 W. 63 St.
Chicago, IL 60638-5832

University Of Chicago
School Of Soc Serv Admin
969 East 60th Street
Chicago, IL 60637

Wagner  Office Machines
5610 S. Pulaski Rd.
Chicago, IL 60629

U.S. Cellular
P.O. Box 0203
Palatine, IL 60055-0203

University Of Illinois
Chicago South Unit
8751 S. Greenwood, Ste. 112-122
Chicago, IL 60619

Walgreens
200 Wilmot Rd
Deerfield, IL 60015

United Bus. Assoc. Of Midway
6158 S. Central Avenue
Chicago, IL 60638

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Cynthia Washington
12245 S. Spencer
Alsip, IL 60803

United Coffee Service
460 Lively Blvd.
Elk Grove Village, IL 60007

Arminda Uriostegui
Owner
6637 S. Fairfield
Chicago, IL 60629

Allen Watson
Owner
811 W. 15th Pl., #510
Chicago, IL 60608

United State Post Office
100 W. Randolph
Chicago, IL 60601

Mark Vandenburgh
612 Thurlow Street
Hinsdale, IL 60521

Alma Watson
6104 S. Champlain, #3
Chicago, IL 60636

United Way Of Illinois
900 Jorie Blvd.
Suite 260
Oak Brook, IL 60523

Varian, Inc.
P.O. Box 93752
Chicago, IL 60673

Jerry Weaver
354 W. 65Th St.
Chicago, IL 60621

United Way/Crusade Of Mercy
ATTN:  Tom Galassini
560 West Lake Street
Chicago, IL 60661-1499

Vision Technology, Inc.
15516 W. Ridgefield Dr.
Manhattan, IL 60442

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL 60197-6434

Universal Elevator Werks
3260 W. Grand Ave.
Chicago, IL 60651

Marie Voker
7246 S. Claremont
Chicago, IL 60636

Van Wells
2300 W. 156th Place
Markham, IL 60426

Universal Glass Corp
2555 S. Archer Ave
Chicago, IL 60608

Volunteer Mgmt Report
Stevenson, Inc.
P.O. Box 4528
Sioux City, IA 51104

Willa Wells
Diversity In Living
2300 West 156th Place
Markham, IL 60426

University Of Chicago
5706 S. University Ave
Room 003A
Chicago, IL 60637

Vondrak Publishing Co, Inc.
6225 S Kedzie Ave.
Chicago, IL 60629

Eric Werner
7416 S. Perry
Chicago, IL 60621

West Lawn Chamber of Commerce
4021 West 63Rd Street
Unit 2B
Chicago, IL 60629

Joyce Willis
1625 E. 79th St.
Chicago, IL 60617

Tamika & Geneine Westbrook
7915 S. Perry Ave
Chicago, IL 60620

John Witcher
15417 Lincoln
Harvey, IL 60426

Lynette Wheeler
5722 S. Peoria
Chicago, IL 60621

Wolin-Levin, Inc
1740 E. 55th St.
Chicago, IL 60615

Wilbur Wright College
Humboldt Park Vocational Center
1645 N. California Ave.
Chicago, IL 60647

Women'S Networking Community
Power: Opening Doors For Women
651 W. Washington Blvd., Ste. 304
Chicago, IL 60661

Latecia Williams
Owner
4665 Calvert Dr., #102
Rolling Meadows, IL 60008

Wopaa/Wics
29c Kendrick Rd.
Reading, Berkshire RG1 5DU
UNITED KINGDOM

Marilyn Williams
7830 South Jeffrey
Chicago, IL 60649

Jetaun Wright
300 Park Avenue
Calumet City, IL 60409

Tanisha Williams
6331 S. Elizabeth #2
Chicago, IL 60636

WVAZ
233 N. Michigan Ave.
Suite 2800
Chicago, IL 60601

Victoria Williams
5218 S. Morgan St., #2
Chicago, IL 60609

Lynne Cunningham Wysocki
2726 N. Troy
Chicago, IL 60647

Sharon Williamson
2035 W. Garfield Blvd.
Chicago, IL 60636

Yerkes Hardware
6832 S. Western Ave.
Chicago, IL 60636

Sheena Williamson
P.O. Box 7586
Westchester, IL 60154

Rodney S. Zech
Owner
4332 North Kostner
Chicago, IL 60641

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  Southwest Women Working Together                          Case No.

Debtor(s)                                Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Southwest Women Working Together   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 29, 2007

Date

/s/ Ronald R. Peterson

Ronald R. Peterson 2188473
Signature of Attorney or Litigant
Counsel for   Southwest Women Working Together
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
312-222-9350 Fax:312-527-0484